HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALERIE AMOR, an individual; BRIAN ANDERSON, an individual; MARY ANDERSON, an individual; MIKE ANDERSON, an individual; JANELLE DeLEON, an individual; DANI DeLEON, a minor child; IVEE DeLEON, a minor child; KATIE OSBORN, an individual; AMANDA POWELL, a minor child; and LUCAS POWELL, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a Washington, D.C. Corporation<br><br>Defendant | NO. C06-5339RBL<br><br>ORDER OF APPROVAL OF MINOR SETTLEMENT AGREEMENTS PURSUANT TO CR AND LR 17(c) |

A Petition for Approval of Minor Settlement Agreements pursuant to CR and Local Rule 17(c) has been filed on behalf of four of the above-named Plaintiffs who are minors. The Court

Order of Court's Approval Of
Minors' Settlement Agreements
NO. C06-5339RBL
Page 1 of 3

Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
1000 Second Ave, Suite 3310
Seattle, WA 98104
206/621-0600 Fax: 206/621-6443
Email: gtlaw@seanet.com

finds that the facts set forth therein give the court jurisdiction over the subject matter and the parties for purposes of determining the acceptability of the settlements of these minor claims agreed upon as provided in the petition and that it is in the best interests of the minor petitioners for this Court to make such determinations without incurring the additional costs associated with the appointment of guardian *ad litems* for them.

The Court having considered the Plaintiffs' Petition For Order Of Court Approval Of Minor Settlement Agreements, the Declaration of George A. Thornton and its attached medical records, and the records and files herein, and being fully advised in the premises, NOW THEREFORE,

**THE COURT ORDERS:**

I. The minors' settlement agreements regarding their claims in this action are hereby approved as following:

| | |
|---|---|
| **DANIELLE DELEON** | $15,000.00 |
| **IVEE DELEON** | $ 3,000.00 |
| **AMANDA POWELL** | $25,000.00 |
| **LUCAS POWELL** | $ 1,300.00 |

II. Janelle DeLeon may execute the releases of the claims on behalf of her two daughters, Danielle ("Dani") DeLeon and Ivee DeLeon;

III. Shelina R. Bahr may execute the releases of the claims on behalf of her two children, Amanda Powell and Lucas Powell;

IV: The net settlement amounts will be placed at a federally-insured financial institution for deposit into a blocked account, interest-bearing certificate of deposit account with renewal terms

Order of Court's Approval Of
Minors' Settlement Agreements
NO. C06-5339RBL
Page 2 of 3

Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
1000 Second Ave, Suite 3310
Seattle, WA 98104
206/621-0600 Fax: 206/621-6443
Email: gtlaw@seanet.com

twelve to thirteen months. Petitioners' counsel will provide the Court with a receipt from the financial institution upon doing so within thirty (30) days of the Court's approval of disbursements.

VI.    Other: _____.

DATED and signed in open Court this 21st day of December, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.


_____
George A. Thornton, WSB# 8198
Of Attorneys for Minor Plaintiffs/Petitioners

Reviewed and Approved:


_____
Tim Wackerbarth, WSB #13673
Attorney for Defendant

Order of Court's Approval Of
Minors' Settlement Agreements
NO. C06-5339RBL
Page 3 of 3

Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
1000 Second Ave, Suite 3310
Seattle, WA 98104
206/621-0600 Fax: 206/621-6443
Email: gtlaw@seanet.com