THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALERIE AMOR, an individual; BRIAN ANDERSON, an individual; MARY ANDERSON, an individual; MIKE ANDERSON, an individual; JANELLE DeLEON, an individual; DANI DeLEON, a minor child; IVEE DeLEON, a minor child; KATIE OSBORN, an individual; AMANDA POWELL, a minor child; and LUCAS POWELL, a minor child, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a Washington, D.C. Corporation <br><br> Defendant | NO. C06-5339RBL <br><br> ORDER APPROVING MINOR SETTLEMENT DISBURSEMENTS PURSUANT TO LRCP 17(c) |

A Petition for Approval of Settlement having been filed on behalf of the above-named Plaintiff minors, the Court finding that the facts set forth give the court jurisdiction over the subject matter and the parties involved and that, pursuant to Civil Rule and Local Rule 17(c), counsel has recommended disbursement of the settlement proceeds of these claims as provided for in the

Order of Court's Approval Of
Minor Settlement Disbursements
NO. C06-5339RBL
Page 1 of 4

Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
1000 Second Ave, Suite 3310
Seattle, WA 98104
206/621-0600 Fax: 206/621-6443
Email: gtlaw@seanet.com

petitions filed herewith;

The Court having considered the records and files herein, and being fully advised in the premises, NOW THEREFORE,

**THE COURT ORDERS:**

1. The following settlements are approved:

    A. Danielle DeLeon in the amount of $15,000.00;

    B. Ivee DeLeon in the amount of $3,000.00;

    C. Amanda Powell in the amount of $25,000.00;

    D. Lucas Powell in the amount of $1,300.00.

2. Shelina R. Bahr may execute the releases on behalf of her minor children, Ivee DeLeon and Danielle DeLeon;

3. Janelle Deleon may execute the releases on behalf of her minor children, Amanda Powell and Lucas Powell;

4  The following disbursements are approved:

    **A.   DANIELLE DeLEON (Gross Settlement:  $15,000.00)**

    | | |
    |---|---|
    | $5,118.36 | Hunegs, Stone, LeNeave, Kvas & Thornton, PA. Attorneys' Fees and costs |
    | $ 146.03 | Kadlec Medical Center (NCMI Collections) |
    | $ 714.00 | City of Cascade Locks (Ambulance Services ) |
    | $8,531.64 | Net disbursement to Danielle DeLeon to be held in a blocked account |

Order of Court's Approval Of
Minor Settlement Disbursements
NO.  C06-5339RBL
Page 2 of 4

Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
1000 Second Ave, Suite 3310
Seattle, WA 98104
206/621-0600 Fax: 206/621-6443
Email: gtlaw@seanet.com

Other: _____.

**B.     IVEE DELEON (Gross Settlement:  $3,000.00)**

$ 1,088.29    Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
              Attorney's fees and costs

$ 1,911.71    Net disbursement to minor Ivee Deleon to be held in blocked account

Other: _____.

**C.     AMANDA POWELL (Gross Settlement:  $25,000.00)**

$ 8,603.94    Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
              Attorney's fees and costs

$   607.79    Providence Health Plans

$    21.89    AMR/Bay Area Collections

$   261.00    Cascade Orthopedic

$ 4,265.52    Tuality Healthcare/Asset Collections

$   194.50    Tanasbourne Rehab/Columbia Collections

$11,045.36    Net disbursement to Amanda Powell to be held in a blocked account

Other: _____.

**D.     LUCAS POWELL (Gross Settlement:  $1,300.00)**

$   549.31    Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
              Attorneys fees and costs

$   750.69    Net disbursement to Lucas Powell to be held in a blocked account

Other: _____.

Order of Court's Approval Of          Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
Minor Settlement Disbursements        1000 Second Ave, Suite 3310
NO.  C06-5339RBL                      Seattle, WA 98104
Page 3 of 4                           206/621-0600 Fax: 206/621-6443
                                      Email: gtlaw@seanet.com

5. IT IS FURTHER ORDERED:


OTHER:_____.


DATED and signed in open Court this 21st day of December, 2006.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.

/s/_____
George A. Thornton, WSB# 8198
Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
Of Attorneys for Petitioners


Reviewed and Approved:


/s/_____
Tim Wackerbarth, WSB No. 13673
Lane Powell PC
Attorney for Defendants

Order of Court's Approval Of                Hunegs, Stone, LeNeave, Kvas & Thornton, P.A.
Minor Settlement Disbursements              1000 Second Ave, Suite 3310
NO.  C06-5339RBL                            Seattle, WA 98104
Page 4 of 4                                 206/621-0600 Fax: 206/621-6443
                                            Email: gtlaw@seanet.com