THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALERIE AMOR, an individual; BRIAN ANDERSON, an individual; MARY ANDERSON, an individual; MIKE ANDERSON, an individual; JANELLE DeLEON, an individual; DANI DeLEON, a minor child; IVEE DeLEON, a minor child; KATIE OSBORN, an individual; AMANDA POWELL, a minor child; and LUCAS POWELL, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a Washington, D.C. Corporation<br><br>Defendant | NO. C06-5339RBL<br><br>**AMENDED** ORDER APPROVING MINOR SETTLEMENT DISBURSEMENTS PURSUANT TO LRCP 17(c)<br><br>*(CLERKS ACTION REQUIRED)* |

[PROPOSED] AMENDED ORDER APPROVING MINOR SETTLEMENTS AND DISBURSEMENTS - Page 1 of 5
NO. C06-5339RBL

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

A Petition for Approval of Settlement having been filed on behalf of the above-named Plaintiff minors, the Court finding that the facts set forth give the court jurisdiction over the subject matter and the parties involved and that, pursuant to Civil Rule and Local Rule 17(c), counsel has recommended disbursement of the settlement proceeds of these claims as provided for in the petitions filed herewith;

The Court having considered the records and files herein, and being fully advised in the premises, NOW THEREFORE,

**THE COURT ORDERS:**

1. The following settlements are approved:

    A. Danielle DeLeon in the amount of $15,000.00;

    B. Ivee DeLeon in the amount of $3,000.00;

    C. Amanda Powell in the amount of $25,000.00;

    D. Lucas Powell in the amount of $1,300.00.

2. **Janelle DeLeon** may execute the releases on behalf of her minor children, Ivee DeLeon and Danielle (Dani) DeLeon;

3. Janelle DeLeon may act as trustee of the blocked accounts and may petition the court for disbursements;

[PROPOSED] AMENDED ORDER
APPROVING MINOR SETTLEMENTS
AND DISBURSEMENTS - Page 2 of 5
NO. C06-5339RBL

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

4. **Shelina Bahr** may execute the releases on behalf of her minor children, Amanda Powell and Lucas Powell;

5. Shelina Bahr may act as trustee of the blocked accounts and may petition the court for disbursements;

6. The following disbursements are approved:

    **A.    DANIELLE DeLEON (Gross Settlement: $15,000.00)**

    $5,118.36    Thornton and Mostul, PLLC, Attorneys' Fees and costs

    $ 146.03    Kadlec Medical Center (NCMI Collections)

    $ 714.00    City of Cascade Locks (Ambulance Services )

    $8,531.64    Net disbursement to Danielle DeLeon to be held in a blocked account

    Other: _____.

    **B.    IVEE DELEON (Gross Settlement: $3,000.00)**

    $ 1,088.29    Thornton and Mostul, PLLC, Attorneys' Fees and costs

    $ 1,911.71    Net disbursement to minor Ivee DeLeon to be held in blocked account

    Other: _____.

[PROPOSED] AMENDED ORDER APPROVING MINOR SETTLEMENTS AND DISBURSEMENTS - Page 3 of 5
NO. C06-5339RBL

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

C.     **AMANDA POWELL (Gross Settlement:  $25,000.00)**

$ 8,603.94     Thornton and Mostul, PLLC,  Attorneys' Fees and costs

$   607.79     Providence Health Plans

$     21.89    AMR/Bay Area Collections

$   261.00     Cascade Orthopedic

$ 4,265.52     Tuality Healthcare/Asset Collections

$   194.50     Tanasbourne Rehab/Columbia Collections

$11,045.36     Net disbursement to Amanda Powell to be held in a blocked account

Other: _____.

D.     **LUCAS POWELL (Gross Settlement:  $1,300.00)**

$   549.31     Thornton and Mostul, PLLC,  Attorneys' Fees and costs

$   750.69     Net disbursement to Lucas Powell to be:

[  ]  held in a blocked account          [  ]  paid directly to Lucas Powell.

Other: _____.

[PROPOSED] AMENDED ORDER
APPROVING MINOR SETTLEMENTS
AND DISBURSEMENTS  - Page 4 of 5
NO.  C06-5339RBL

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

7. IT IS FURTHER ORDERED:

   OTHER:_____.

DATED and signed in open Court this 10th day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
THORNTON AND MOSTUL, PLLC

_____
George A. Thornton, WSB# 8198
Of Attorneys for Plaintiffs

Reviewed and Approved:


_____
June Campbell, WSB No. 11427
Tim Wackerbarth, WSB No. 13673
Lane Powell PC
Attorneys for Defendants

[PROPOSED] AMENDED ORDER APPROVING MINOR SETTLEMENTS AND DISBURSEMENTS - Page 5 of 5
NO. C06-5339RBL

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443