HONORABLE RONALD B. LEIGHTON

06-CV-05339-ORD

FILED ___ LODGED
___ RECEIVED

MAY 13 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VALERIE AMOR, an individual; BRIAN ANDERSON, an individual; MARY ANDERSON, an individual; MIKE ANDERSON, an individual; JANELLE DeLEON, an individual; DANI DeLEON, a minor child; IVEE DeLEON, a minor child; KATIE OSBORN, an individual; AMANDA POWELL, a minor child; and LUCAS POWELL, a minor child,

Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK, a Washington, D.C. Corporation

Defendant.

No. C06-5339RBL

PETITION AND DECLARATION OF AMANDA POWELL FOR AN ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND [PROPOSED] ORDER

**PETITION AND DECLARATION**

I am the person named above. I was one of the minor plaintiffs. When this case settled,

PETITION AND DECLARATION FOR AN
ORDER FOR WITHDRAWAL OF FUNDS
FROM BLOCKED ACCOUNT AND
[PROPOSED] ORDER
Page 1 of 3

THORNTON MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

the funds were placed into to a blocked account because I was a minor. I am the incapacitated Person named above. I will reach the age of 18 years old on April 17, 2008. At this time, I am seeking to have the blocked account funds distributed and to have the blocked account closed. I am attaching a copy of a current account statement. Exhibit A.

At this time I am seeking a court order authorizing a withdrawal from account No. 4643008099 held at the following named financial institution: Frontier Bank, 1200 Fifth Avenue, Suite 100, Seattle, WA 98101, in the amount of $11,045.36 for the following reason or purpose(s): I choose to close the blocked account and apply the funds to further my education.

I declare under penalty of perjury, according to the laws of Washington State that the foregoing is true and correct.

Date signed: _Thursday April 17th_, 2008.

City or County in which this document was signed: _Beaverton_, Oregon.

_/s/ Amanda Powell_
Amanda Powell
2288 SW 186th Avenue
Beaverton, Oregon 97006
Telephone No: 503-816-7950

## [PROPOSED] ORDER ON REQUEST FOR WITHDRAWAL FROM BLOCKED ACCOUNT

THE Petition for Withdrawal from Blocked Account having come before the court and the court having reviewed the file and records and finding good cause,

PETITION AND DECLARATION FOR AN ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND [PROPOSED] ORDER
Page 2 of 3

THORNTON MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

1    IT IS HEREBY ORDERED:

2    Frontier Bank is authorized and directed regarding from account No. 4643008099:

3    To transfer control and possession and ownership of the entire balance on account

4    to Amanda Powell, by **May 23**, 2008.

5

6    DATED and signed in open court, this **13th** day of **May**, 2008.

7

8                                                   _____
                                                    JUDGE/COURT COMMISSIONER

9    Presented by:

10   THORNTON MOSTUL, PLLC

WSBA #13257

11   *Mark C. Mostul for GAT*

12   George A. Thornton WSBA# 8198
     Attorneys for Plaintiff Amanda Powell

13   1000 Second Avenue, Suite 3310
     Seattle, WA 98104

14   Phone: 206-621-0600; F 206-621-6443
     e-mail: gtlaw@seanet.com

25   PETITION AND DECLARATION FOR AN
     ORDER FOR WITHDRAWAL OF FUNDS
     FROM BLOCKED ACCOUNT AND
26   [PROPOSED] ORDER
     Page 3 of 3

THORNTON MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

ATTACHMENT 'A'



SEATTLE OFFICE
1200 5TH AVENUE STE 100
SEATTLE WA                 98101

TELEPHONE  888-779-4801

AMANDA POWELL - COURT BLOCKED
THORNTON AND MOSTUL PLLC, TRUSTEE
C/O THORNTON AND MOSTUL PLLC
1000 SECOND AV SUITE 3310
SEATTLE WA  98104

STATEMENT DATE
04/11/08

ACCOUNT NUMBER
4643008099

CYCLE-000

\*\*\* TIME DEPOSIT \*\*\* 12 - 23 MO SILVER CD
ACCOUNT NUMBER   4643008099

| | |
|---|---:|
| PREVIOUS STATEMENT BALANCE | .00 |
| PLUS    2  DEPOSITS AND OTHER CREDITS | 11,354.72 |
| LESS    1  WITHDRAWALS AND OTHER DEBITS | 11,354.72 |
| CURRENT STATEMENT BALANCE AS OF 04/11/08 | .00 |

\*\*\* TIME DEPOSIT ACCOUNT TRANSACTIONS \*\*\*

| DATE | DESCRIPTION | | TRANSACTION AMOUNT |
|---|---|---:|---:|
| 09/11 | RATE CHANGE TO  4.74000 | | .00 |
| 09/11 | NEW 14 MONTH CD | | 11,045.36 |
| 04/11 | 09/11/07 DEPOSIT MATURITY | 0.00 | .00 |
| 04/11 | INTEREST PAYMENT | | 309.36 |
| 04/11 | TO CLOSE TSF TO SAV XX7201 | | 11,354.72- |

PAYER FEDERAL ID NUMBER.................  91-1032970
INTEREST PAID YEAR TO DATE..............     309.36

RECEIVED
APR 17 2008
THORNTON & MOSTUL PLLC